```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 19465
   JAMES A DREKSLER
   PAULA L DREKSLER                             CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-1301    SSN XXX-XX-1603

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/29/2008 and was not confirmed.

     The case was dismissed without confirmation 11/19/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
DISCOVER FINANCIAL SERVI   UNSECURED         4000.94          .00            .00
DISCOVER FINANCIAL SERVI   UNSECURED         7912.55          .00            .00
AURORA LOAN SERVICES       CURRENT MORTG        .00           .00            .00
AURORA LOAN SERVICES       MORTGAGE ARRE    25000.00          .00            .00
BENEFICIAL MORTGAGE CO O   CURRENT MORTG        .00           .00            .00
BENEFICIAL MORTGAGE CO O   MORTGAGE ARRE      799.93          .00            .00
HARRIS NA                  SECURED VEHIC        .00           .00            .00
AMERICAN EXPRESS           UNSECURED        10564.01          .00            .00
AMERICAN EXPRESS           UNSECURED        NOT FILED         .00            .00
AMERICAN EXPRESS           UNSECURED         2967.29          .00            .00
HSBC BANK N                UNSECURED        NOT FILED         .00            .00
BANK OF AMERICA            UNSECURED        NOT FILED         .00            .00
ROUNDUP FUNDING LLC        UNSECURED         1026.76          .00            .00
CITIBANK                   UNSECURED        NOT FILED         .00            .00
LVNV FUNDING               UNSECURED          305.75          .00            .00
EXXONMOBILE CITI           UNSECURED        NOT FILED         .00            .00
FIA CARD SERVICES          UNSECURED        NOT FILED         .00            .00
FIRST PREIMER BANK         UNSECURED        NOT FILED         .00            .00
FIRSTSOURCE HEALTHCARE A   UNSECURED        NOT FILED         .00            .00
FIRSTSOURCE HEALTHCARE A   UNSECURED        NOT FILED         .00            .00
GOLDMAN PSY                UNSECURED        NOT FILED         .00            .00
ARROW FINANCIAL SERV       UNSECURED         1127.33          .00            .00
CHASE BANK USA NA          UNSECURED         1134.43          .00            .00
LVNV FUNDING               UNSECURED          380.75          .00            .00
AAFES/MIL STAR/EXCHANGE    UNSECURED         2392.68          .00            .00
NICOR GAS                  UNSECURED        NOT FILED         .00            .00
SHELL OIL/CITIBANK         UNSECURED        NOT FILED         .00            .00
GEMB/ULTRA                 UNSECURED        NOT FILED         .00            .00
VERIZON WIRELESS           UNSECURED        NOT FILED         .00            .00
WELLS FARGO BANK           UNSECURED        NOT FILED         .00            .00
WORLD FINANCIAL NETWORK    UNSECURED          237.93          .00            .00
BENEFICIAL ILLINOIS INC    MORTGAGE NOTI   NOT FILED          .00            .00
COMMONWEALTH EDISON        UNSECURED          641.48          .00            .00
CHAD M HAYWARD             DEBTOR ATTY         .00                           .00
TOM VAUGHN                 TRUSTEE                                           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 19465 JAMES A DREKSLER & PAULA L DREKSLER
```

```
DEBTOR REFUND              REFUND                                              .00

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                     .00
DEBTOR REFUND                                            .00
                         --------------        --------------
TOTALS                         .00                       .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 02/25/09         _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE